UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-71-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NAHUAN SOLANO,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 336). The Government has filed a response in support of the motion. (Doc. No. 338).

This Court previously sentenced Defendant to 63 months imprisonment, followed by five years of supervised release. Defendant served his time in prison and has successfully completed more than 3/5's of his term of supervised release. No petitions have been filed alleging any violations of the terms and conditions of that supervised release. In its response in support, the Government asserts that it has checked with Ashley Gross, the United States Probation Officer overseeing Defendant's supervision. Ms. Gross has confirmed that Defendant is still compliant with his supervision, has stable housing, has stable employment, and has positive support in the community. Neither the Government nor Ms. Gross opposes the early termination of Defendant's period of supervised release. Because Defendant has shown that he is a good candidate for early termination, the Court will therefore grant Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 336), is **GRANTED**.

Signed: July 26, 2022

*Max O. Cogburn Jr.*
United States District Judge